# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO. | ) |
| | ) |
| Plaintiff, | ) C.A. No. 18-989-RGA |
| | ) |
| v. | ) **PUBLIC VERSION** |
| | ) |
| THERANOS, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

OF COUNSEL:

David A. Gordon
Kristen R. Seeger
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

Kevin R. Shannon (#3137)
Christopher N. Kelly (#5717)
Alan R. Silverstein (#5066)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kshannon@potteranderson.com
ckelly@potteranderson.com
asilverstein@potteranderson.com

*Attorneys for Plaintiff Walgreen Co.*

Dated: July 2, 2018
Public version dated: July 10, 2018
5857638/43276

## INTRODUCTION

1. This case arises from a breach by Defendant Theranos, Inc. ("Theranos") of its Settlement Agreement and Release (the "Settlement Agreement") with Plaintiff Walgreen Co. ("Walgreens").

2. The Agreement required Theranos to make certain payments to Walgreens, including a $5 million payment on or before June 30, 2018 (The "June 2018 Payment").

3. Theranos has failed to make the June 2018 Payment, and thus has breached the Agreement.

## PARTIES

4. Plaintiff Walgreen Co. is an Illinois corporation with its principal place of business at 108 Wilmot Road in Deerfield, Illinois.

5. Defendant Theranos, Inc. is a Delaware corporation headquartered at 7333 Gateway Boulevard in Newark, California.

## JURISDICTION AND VENUE

6. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Defendant is not a citizen of the same state as Plaintiff and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. This Court has personal jurisdiction over Defendant because it is a Delaware corporation.

8. Venue rests with this Court pursuant to 28 U.S.C. § 1391(b) because Defendant is a Delaware corporation.

9. The Settlement Agreement requires all disputes arising out of or in connection with it to be brought in this Court. The Settlement Agreement also provides that "[a]ll parties

voluntarily submit to the jurisdiction of, and the propriety of venue in, the District of Delaware …." Settlement Agreement ¶ 19.

## FACTUAL ALLEGATIONS

10. On November 8, 2016, Walgreens filed a civil action, Case No. 1:16-cv-01040-RGA, in this Court against Theranos, asserting claims of breach of contract.

11. Walgreens, Walgreens Boots Alliance, and Theranos entered into the Settlement Agreement on July 28, 2017. The Court dismissed the case on August 8, 2017, Docket No. 24.

12. The Parties agreed that "[a]ll disputes arising out of or in connection with [the Settlement] shall be brought in the United States District Court for the District of Delaware" and that the agreement "shall be governed by and shall be construed according to the laws of the State of Delaware." Settlement Agreement ¶ 19.

13. The Settlement Agreement required Theranos to make multiple payments to Walgreens, including the June 2018 Payment of five million dollars ($5,000,000.00) on or before June 30, 2018. *Id.* at ¶ 5(c).

14. Theranos failed to make the June 2018 Payment on or before June 30, 2018.

15. Walgreens is filing this action against Theranos to recover the $5 million past due and owing by Theranos, in addition to pre- and post-judgment interest, and such other relief as the Court deems just and proper.

16. Nothing in this Complaint is intended to be or should be construed as a waiver of any other claims Walgreens may have now, or in the future, arising from or related to the Settlement Agreement, including without limitation to any other payments.

17. To the best of Walgreens' knowledge and belief, Walgreens has no other claims under the Settlement Agreement that currently are ripe for relief.

18. Walgreens reserves the right to amend this Complaint should it learn new and additional facts that would support a claim that Theranos has committed additional breaches of the Settlement Agreement.

## CAUSES OF ACTION

### COUNT I – BREACH OF CONTRACT
### 5(c)

19. Plaintiff hereby incorporates each and every allegation set forth in the foregoing paragraphs of this Complaint as if fully set forth herein.

20. Defendant Theranos entered into the Settlement Agreement, dated July 28, 2017, with Plaintiff Walgreens.

21. The Settlement Agreement is a valid and binding contract.

22. Walgreens has performed all of its obligations under the Settlement Agreement.

23. Pursuant to the Settlement Agreement, Theranos promised to pay Walgreens $5 million on or before June 30, 2018.

24. Theranos has failed to pay Walgreens as required by the terms of the Settlement Agreement and thus has breached the Settlement Agreement.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

(a) an order declaring that Theranos has breached the Settlement Agreement and awarding Plaintiff damages in the amount of $5 million;

(b) an order awarding Plaintiff pre- and post-judgment interest to the extent allowed by law; and

(c) such other relief as the Court may deem just and proper.

|  |  |
|---|---|
| OF COUNSEL:<br><br>David A. Gordon<br>Kristen R. Seeger<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>Dated: July 2, 2018<br>Public version dated: July 10, 2018<br>5857638/43276 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Kevin R. Shannon*<br>Kevin R. Shannon (#3137)<br>Christopher N. Kelly (#5717)<br>Alan R. Silverstein (#5066)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>kshannon@potteranderson.com<br>ckelly@potteranderson.com<br>asilverstein@potteranderson.com<br><br>*Attorneys for Plaintiff Walgreen Co.* |