**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALGREEN CO., | ) |
| Plaintiff, | ) ) ) C.A. No. 18-989-RGA |
| v. | ) ) |
| THERANOS, INC., | ) ) |
| Defendant. | ) ) ) |

## ANSWER

Defendant Theranos, Inc. ("Theranos") answers Plaintiff's Complaint as follows:

## INTRODUCTION

1. Paragraph 1 states a legal conclusion to which no response is required.

2. Paragraph 2 states a legal conclusion to which no response is required. To the extent this paragraph requires a response, Theranos responds that the Settlement Agreement speaks for itself and denies the allegations of paragraph 2 to the extent they are inconsistent with the Settlement Agreement

3. Admitted that Theranos failed to make the June 2018 Payment. By way of further explanation, Theranos responds that it is presently making efforts to maximize its potential to satisfy the June 2018 Payment and, subject to certain events and circumstances, Theranos anticipates that it may be able to satisfy at least a portion of the June 2018 Payment in the near future. The remainder of this paragraph states a legal conclusion to which no response is required.

## PARTIES

4. Theranos is without knowledge or information sufficient to form a belief as to the truth of paragraph 4.

5. Admitted.

## JURISDICTION AND VENUE

6. Paragraph 6 states a legal conclusion to which no response is required.

7. Paragraph 7 states a legal conclusion to which no response is required.

8. Paragraph 8 states a legal conclusion to which no response is required.

9. Paragraph 9 states a legal conclusion to which no response is required. To the extent this paragraph requires a response, Theranos responds that the Settlement Agreement speaks for itself and denies the allegations of paragraph 9 to the extent they are inconsistent with the Settlement Agreement.

## FACTUAL ALLEGATIONS

10. Admitted.

11. Admitted.

12. Paragraph 12 states a legal conclusion to which no response is required. To the extent this paragraph requires a response, Theranos responds that the Settlement Agreement speaks for itself and denies the allegations of paragraph 12 to the extent they are inconsistent with the Settlement Agreement.

13. Paragraph 13 states a legal conclusion to which no response is required. To the extent this paragraph requires a response, Theranos responds that the Settlement Agreement speaks for itself and denies the allegations of paragraph 13 to the extent they are inconsistent with the Settlement Agreement.

14. Admitted.

15. Paragraph 15 states a legal conclusion to which no response is required.

16. Paragraph 16 states a legal conclusion to which no response is required.

17. Paragraph 17 states a legal conclusion to which no response is required.

18. Paragraph 18 states a legal conclusion to which no response is required.

19. Paragraph 19 states a legal conclusion to which no response is required.

20. Admitted.

21. Paragraph 21 states a legal conclusion to which no response is required.

22. Paragraph 22 states a legal conclusion to which no response is required.

23. Paragraph 23 states a legal conclusion to which no response is required. To the extent this paragraph requires a response, Theranos responds that the Settlement Agreement speaks for itself and denies the allegations of paragraph 23 to the extent they are inconsistent with the Settlement Agreement.

24. Paragraph 24 states a legal conclusion to which no response is required. To the extent this paragraph requires a response, Theranos responds that the Settlement Agreement speaks for itself and denies the allegations of paragraph 24 to the extent they are inconsistent with the Settlement Agreement.

Dated: July 24, 2018

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
Norman L. Pernick (No. 2291)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
ddean@coleschotz.com

*Attorneys for Theranos, Inc.*