

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Kevin R. Shannon**
Partner
kshannon@potteranderson.com
(302) 984-6112  Direct Phone
(302) 658-1192  Fax

September 7, 2018

**BY CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

    Re:    *Walgreen Co. v. Theranos, Inc.*,
            C.A. No. 18-989-RGA (D. Del.)

Dear Judge Andrews:

    I write on behalf of the parties to request that the Rule 16 conference scheduled for September 10, 2018 at 2:30 p.m. (D.I. 10), be converted to a telephonic conference. The parties reached complete agreement on the proposed scheduling order (D.I. 11). Accordingly, in the interest of convenience to the Court and the parties, the parties jointly request that the Rule 16 conference be converted to a telephonic conference.

                      Respectfully,

                      */s/ Kevin R. Shannon*

                      Kevin R. Shannon (#3137)

cc:    All Counsel of Record – by CM/ECF and E-mail