**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALGREEN CO. | ) |
| | ) |
| Plaintiff, | ) C.A. No. 18-989-RGA |
| | ) |
| v. | ) |
| | ) |
| THERANOS, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF WALGREEN CO.'S MOTION FOR SUMMARY JUDGEMENT

Plaintiff Walgreen Co. ("Walgreens"), respectfully moves, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, for an Order granting summary judgment in favor of Walgreens and against Defendant Theranos, Inc. on Walgreens' cause of action for breach of contract.

The grounds for this motion are fully set forth in the Opening Brief and the Declaration of Kristen R. Seeger, filed contemporaneously herewith, and upon the pleadings on file with the Court.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David A. Gordon<br>Kristen R. Seeger<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois  60603<br>(312) 853-7000<br><br>Dated: September 17, 2018 | By: */s/ Kevin R. Shannon*<br>Kevin R. Shannon (#3137)<br>Christopher N. Kelly (#5717)<br>Alan R. Silverstein (#5066)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>kshannon@potteranderson.com<br>ckelly@potteranderson.com<br>asilverstein@potteranderson.com<br><br>*Attorneys for Plaintiff Walgreen Co.* |