# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WALGREEN CO. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-cv-989-RGA |
| | ) | |
| v. | ) | **PUBLIC VERSION** |
| | ) | |
| THERANOS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF KRISTEN R. SEEGER IN SUPPORT OF
## WALGREEN CO.'S MOTION FOR SUMMARY JUDGEMENT

OF COUNSEL:

David A. Gordon
Kristen R. Seeger
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

Kevin R. Shannon (#3137)
Christopher N. Kelly (#5717)
Alan R. Silverstein (#5066)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kshannon@potteranderson.com
ckelly@potteranderson.com
asilverstein@potteranderson.com

Dated: September 17, 2018
Public version dated: September 24, 2018

*Attorneys for Plaintiff Walgreen Co.*

Kristen R. Seeger, being duly sworn, deposes and states:

1. I am an attorney at Sidley Austin LLP, which along with Potter Anderson & Corroon LLP, is counsel for plaintiff Walgreen Co. ("Walgreens"). I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

2. I make this declaration in support of Walgreens' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1.

3. Walgreens, Walgreens Boots Alliance, Inc., and Theranos entered into a Settlement Agreement on July 28, 2017, to resolve prior litigation between Walgreens and Theranos, Civil Action Number 16-1040-RGA in the United States District Court for the District of Delaware. A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A.

4. Pursuant to the Settlement Agreement, Theranos was required to make a payment of five million dollars ($5,000,000.00) on or before June 30, 2018 (the "June 2018 Payment"). *See* Exhibit A ¶ 5(c).

5. Theranos failed to make the June 2018 Payment on or before June 30, 2018, and has not done so to this day.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2018

    /s/ Kristen R. Seeger
    Kristen R. Seeger