## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 18-989-RGA |
| v. | ) |
| | ) |
| THERANOS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF
### WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT

Defendant Theranos, Inc. does not oppose the relief requested in *Plaintiff Walgreen Co.'s Motion for Summary Judgment* [D.I. 15], filed on September 17, 2018.

Dated: October 1, 2018

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
Norman L. Pernick (No. 2291)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
ddean@coleschotz.com

*Attorneys for Theranos, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., <br><br> Plaintiff, <br><br> v. <br><br> THERANOS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 18-989-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) <br> ) SS <br> ) |
| NEW CASTLE COUNTY | |

I, John C. Whitworth, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on October 1, 2018, I caused a copy of the **Defendant's Response to Plaintiff's Motion for Summary Judgment** to be served via electronic mail and First-Class Mail on the parties on the service list attached hereto.

David A. Gordon
Kristen R. Seeger
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
dgordon@sidley.com
kseeger@sidley.com

Kevin R. Shannon, Esq.
Christopher N. Kelly, Esq.
Alan R. Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
kshannon@potteranderson.com
ckelly@potteranderson.com
asilverstein@potteranderson.com

_____
John C. Whitworth, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 1st day of October, 2018

_____
NOTARY PUBLIC
RACHEL DEELY
NOTARY PUBLIC, State of Delaware
My Commission Expires September 23, 2020

56402/0001-16374309v1